STATE v. ARTHUR BASS and others.

*It is error* for a Justice of the Peace to bind to the Superior Court an applicant for a Peace Warrant, against whom no charge is made.

When an applicant swears that she hath reason to fear, and doth fear, that A. B. will injure or kill her hogs or cows, he having repeatedly dogged them with a severe dog; and that S. B. will do her bodily harm, having threatened to whip her the first time he cought her on her way to O., she is entitled to a Peace Warrant, and it is error to refuse it.

APPEAL by the State from the ruling of the Superior Court of GRANVILLE County, at Spring Term, 1876, his Honor Judge WATTS presiding, upon a motion to quash a Peace Warrant.

The defendants were arrested by authority of a warrant issued by a Justice of the Peace, the material parts of which are as follows : " Whereas, Nellie Anderson has complained, on oath to the undersigned, an acting Justice of the Peace in and for said county, that she hath reason to fear and doth fear that Arthur Bass, of said county, will injure or kill her hogs or cows, he having in said county dogged repeatedly her hogs with a severe dog, and that Sallie Bass, of said county, will do her bodily harm, she having threatened to whip her the first time she caught her on her way to Oxford in said county, and hath prayed that the said Arthur and Sallie Bass may be bound with surety to keep the peace. These are, therefore, to command you, &c."

In pursuance of the warrant the defendants were arrested, and upon the hearing the Justice of the Peace rendered the following judgment : " This case coming on to be heard before me on the 2d day of November, 1875, and the evidence of both parties having been by me heard and the argument of counsel therein having been considered, It is now adjudged that Nellie Anderson, Arthur Bass and Sallie be recognized in the sum of twenty-five dollars each, conditioned for their personal appearance at the next term of the Superior Court," &c.

No complaint in writing other than the warrant was made and the examination of the witnesses was not reduced to writing.

Upon motion of the counsel for the defendants, the proceeding was quashed and the State appealed.

*Attorney General Hargrove* and *J. E. Bledsoe*, for the State. No counsel *contra*, in this Court.

READE, J. There is no charge whatever against the defendant Anderson, and, therefore, it was proper to quash the

proceeding as to her.   But the charges against the other defendants are sufficient, and as to them it was error to quash.

This will be certified, &c.

PER CURIAM.                    Judgment accordingly.